UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIANA ENRIQUEZ<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNIVERSITY OF PHOENIX, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-01131 DAD JLT<br><br>ORDER GRANTING IN PART STIPULATION TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE<br><br>(Doc. 25) |

### ORDER

Based upon the stipulation of Counsel, the Court **ORDERS**:

1. The Initial Scheduling Conference is continued **to February 17, 2016** at 9:30 a.m. **at the United States Courthouse, located at 510 19th Street, Bakersfield, California**. Telephonic appearances via the CourtCall service are authorized.

IT IS SO ORDERED.

　Dated: **January 15, 2016**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE