UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIANA ENRIQUEZ,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNIVERSITY OF PHOENIX d/b/a APOLLO GROUP, INC., TARGET NATIONAL BANK, EXPERIAN INFORMATION SERVICES, EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION, LLC,<br><br>                    Defendants. | No. 1:15-cv-01131-DAD-JLT<br><br>ORDER DISMISSING ACTION WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION LLC ONLY<br><br>(Doc. No. 27) |

On February 15, 2016, plaintiff Ariana Enriquez and defendant Trans Union LLC filed a joint stipulation dismissing all matters between them with prejudice, with each party to bear its own costs and attorneys' fees. (Doc. No. 27.) In light of this stipulation, plaintiff's claims against Trans Union LLC are DISMISSED with prejudice, *see* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and without an award of attorneys' fees and costs to either party. This dismissal of defendant Trans Union LLC does not affect plaintiff's claims against the remaining defendants in the case.

IT IS SO ORDERED.

Dated:    **February 16, 2016**                    _____
                                                                                UNITED STATES DISTRICT JUDGE

1