UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIANA ENRIQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF PHOENIX, et al.,<br><br>    Defendant. | No. 1:15-cv-01131-DAD-JLT<br><br>ORDER DISMISSING DEFENDANT UNIVERSITY OF PHOENIX<br><br>(Doc. No. 34) |

On February 22, 2016, plaintiff filed a notice of voluntary dismissal only as to defendant University of Phoenix, d/b/a Apollo Group, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. No. 34.) Defendant University of Phoenix has not filed a responsive pleading in this action. In light of this, defendant University of Phoenix is DISMISSED from the action. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Pedrina v. Chun*, 987 F.2d 608, 609 (9th Cir. 1993) ("Rule 41(a)(1) allows a plaintiff to dismiss without a court order any defendant who has yet to serve an answer or a motion for summary judgment."). This order does not affect the status of any other remaining defendant in this action.

IT IS SO ORDERED.

Dated:   **February 23, 2016**                            _Dale A. Drozd_
                                                        UNITED STATES DISTRICT JUDGE

1