1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

11  ARIANA ENRIQUEZ,                    )   Case No.: 1:15-cv-01131 DAD JLT
                                        )
12          Plaintiff,                  )   ORDER AFTER NOTICE OF SETTLEMENT
                                        )
13      v.                              )   (Docs. 39, 28)
                                        )
14  UNIVESITY OF PHOENIX,               )
                                        )
15          Defendants.                 )
                                        )
16

17      On February 17, 2016, Plaintiff and Equifax notified the Court that the matter had been settled
18  between them. (Doc. 28) At that time, those parties indicated they would request dismissal within 60
19  days. Id. Now, Plaintiff and Experion report they too have reached a settlement. (Doc. 39) They
20  report they will finalize settlement within 90 days. Id. However, Plaintiff has not filed proof of service
21  as to Defendant, Target National Bank, and neither notice indicates Plaintiff's intention related to this
22  defendant. Therefore, the Court **ORDERS:**
23      1.      No later than **April 22, 2016**, Plaintiff **SHALL** either file proof of service as to Target
24  National Bank and seek entry of default or **SHALL** file a request to dismiss this defendant;
25      2.      The stipulated request for dismissal as to Equifax and Experion **SHALL** be filed no
26  later than **July 8, 2016**;
27      2.      All pending dates, conferences and hearings are **VACATED** and any pending motions
28  are ordered **TERMINATED.**

1 **Failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **April 8, 2016**                           **/s/ Jennifer L. Thurston**
                                                                      UNITED STATES MAGISTRATE JUDGE