UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIANA ENRIQUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TARGET NATIONAL BANK, et al.,<br><br>　　　　　Defendants. | No. 1:15-cv-01131-DAD-JLT<br><br>ORDER ON DISMISSAL OF DEFENDANT TARGET NATIONAL BANK<br><br>(Doc. No. 41) |

On April 11, 2016, plaintiff filed a notice of voluntary dismissal against only defendant Target National Bank pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. No. 41.) Defendant Target National Bank has not filed a responsive pleading.  In light of this, defendant Target National Bank has been terminated and dismissed from the action, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Pedrina v. Chun*, 987 F.2d 608, 609 (9th Cir. 1993) ("Rule 41(a)(1) allows a plaintiff to dismiss without a court order any defendant who has yet to serve an answer or a motion for summary judgment.").  This order does not affect the status of any other defendant in the matter.

IT IS SO ORDERED.

Dated:  **April 12, 2016**　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE