# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIANA ENRIQUEZ, | Case No. 1:15-cv-01131 |
| Plaintiff, | ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO FILE JOINT MOTION TO DISMISS WITH PREJUDICE |
| v. | |
| UNIVERSITY OF PHOENIX dba APOLLO GROUP; TARGET NATIONAL BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANSUNION, LLC, | (Doc. 43) |
| Defendants.. | |

Based upon the stipulation of the parties, the Court **GRANTS** the request for an extension of time to August 19, 2016 for the parties to file the stipulated request for dismissal of the action.

IT IS SO ORDERED.

Dated: **July 8, 2016**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE