UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIANA ENRIQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SERVICES; EQUIFAX INFORMATION SERVICES, LLC,<br><br>    **D**efendants. | No. 1:15-cv-01131-DAD-JLT<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 45) |

On August 19, 2016, the parties filed a joint stipulation dismissing defendants Equifax Information Services, LLC and Experian Information Solutions, Inc. from this action with prejudice and with each party to bear its own costs and attorneys' fees. (Doc. No. 45.) In light of the parties' stipulation, defendants Equifax Information Services, LLC and Experian Information Solutions, Inc. have been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and have been dismissed from this action with prejudice and without an award of attorneys' fees and costs to either party.  Since all defendants in this action have now been terminated, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:  **August 22, 2016**                    _____
                                               UNITED STATES DISTRICT JUDGE

1